**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−20112−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Amanda J. Wilson
   359 Hopwood Coolspring Road
   Hopwood, PA 15445

Social Security No.:
   xxx−xx−4276

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 9, 2022<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | CONFIRMATION HEARING DATE/TIME/LOC<br>May 9, 2022<br>11:00 AM<br>remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/5/22

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20112-GLT |
| Amanda J. Wilson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Apr 05, 2022　　　　　　　　　　　　Form ID: rsc13　　　　　　　　　　　　　Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda J. Wilson, 359 Hopwood Coolspring Road, Hopwood, PA 15445-2229 |
| 15447467 | + | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 15468771 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15447469 | + | KML Law Group, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2022 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 05 2022 23:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 05 2022 23:32:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15447467 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2022 23:26:00 | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 15468771 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2022 23:26:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15447468 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 05 2022 23:26:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Southfield, MI 48034-1846 |
| 15457159 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2022 23:31:57 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15466114 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:31:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15453341 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2022 23:31:59 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15466112 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2022 23:31:49 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15447856 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2022 23:31:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15454501 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 05 2022 23:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15447470 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 05 2022 23:26:00 | West Penn Power Company, PO Box 3687, Akron, OH 44309-3687 |

TOTAL: 13

Case 22-20112-GLT    Doc 33    Filed 04/07/22    Entered 04/08/22 00:24:04    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: rsc13 | Total Noticed: 15 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PYOD LLC, Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2022            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Amanda J. Wilson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5