FILED
5/17/22 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 22-20112 GLT |
| ) | Chapter 13 |
| Amanda J. Wilson, ) | |
| *Debtor* ) | Related to Dkt. No. 34 |
| ) | Hearing: May 17, 2022 |
| Amanda J. Wilson, ) | |
| *Movant* ) | Related to Claim No. 2 |
| ) | |
| vs. ) | |
| ) | |
| Merrick Bank c/o Resurgent Capital Services, ) | |
| *Respondent* ) | |

### MODIFIED DEFAULT ORDER

AND NOW, to wit this 17th day of May 2022, upon consideration of the Debtor's Objection to Claim No. 2 and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Claim Number 2 filed by the above captioned Respondent is disallowed in its entirety; and,
2. No fees, costs or charges shall be allowed against the debtor for defending this objection.
3. Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

Prepared by: Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: May 17, 2022

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Case Administrator to serve:
Kenneth Steidl, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20112-GLT |
| Amanda J. Wilson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

**Recip ID     Recipient Name and Address**
db          + Amanda J. Wilson, 359 Hopwood Coolspring Road, Hopwood, PA 15445-2229

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
             on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Kenneth Steidl
             on behalf of Debtor Amanda J. Wilson julie.steidl@steidl-steinberg.com
             ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
             ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
             on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

Ronda J. Winnecour
             cmecf@chapter13trusteewdpa.com

TOTAL: 5