IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-20112 GLT |
| | ) | Chapter 13 |
| Amanda J. Wilson, | ) | |
| *Debtor* | ) | Docket No. |
| | ) | |
| Amanda J. Wilson, | ) | |
| *Movant* | ) | Related to Claim No. 2 |
| | ) | |
| vs. | ) | |
| | ) | |
| Merrick Bank c/o Resurgent Capital Services, | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 18, 2022, a true and correct copy of the *Order of Court dated May 17, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Merrick Bank
c/o Resurgent Capital Services
Attn: Brandie McCann, Claims Processor
Po Box 10368
Greenville, SC 29603-0368

Amanda J. Wilson
359 Hopwood Coolspring Road
Hopwood, PA 15445


**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee


Date of Service: May 24, 2022             /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtors

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965