Case 22-20112-GLT    Doc 47    Filed 06/29/22    Entered 06/29/22 16:25:35    Desc Main
Document    Page 1 of 1

FILED
6/29/22 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-20112-GLT |
| | : | Chapter: | 13 |
| Amanda J. Wilson | : | | |
| | : | | |
| | : | Date: | 6/29/2022 |
| *Debtor(s).* | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER:**
#45 Conciliation hearing held. Contested Confirmation Hearing requested - Failure to appear. Lack of payments

#19 Confirmation of Chapter 13 Plan Dated February 23, 2022
      #24 Objection filed by Bank of America, N.A.

**APPEARANCES**:
         Debtor:     Abagale Steidl
         Trustee:    Owen Katz
         BOA:        Denise Carlon

**NOTES:** [9:40 a.m.]

Katz: The case cannot move forward until the Debtor appears for her 341 meeting. We're seeing negative net income based on the Debtor's schedules.

Steidl: The Debtor is not a serial filer. I would just ask that the case be dismissed without prejudice.

Court: I will deny confirmation of the plan. I do find basis to dismiss the case without prejudice.

**OUTCOME:**

1. The *Contested Confirmation Hearing* [Dkt. No. 45] is CONCLUDED. [Text Order].

2. The confirmation of the Debtor's *Chapter 13 Plan dated February 23, 2022* [Dkt. No. 19] is DENIED. [Text Order].

3. The Debtor's case is DISMISSED without prejudice. [JH to issue].

**DATED:** 6/29/2022