**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMANDA J. WILSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-20112 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/20/2022 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,250.00 |
| Less Refunds to Debtor | 1,213.75 | |
| TOTAL AMOUNT OF PLAN FUND | | 36.25 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 0.00 | |
|     Trustee Fee | 36.25 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 36.25 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9745 | | | | |
|   BANK OF AMERICA NA** | 27,178.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 9745 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8983 | | | | |
|   CREDIT ACCEPTANCE CORP* | 330.18 | 0.00 | 0.00 | 0.00 |
|     Acct: 8983 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMANDA J. WILSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMANDA J. WILSON | 1,213.75 | 1,213.75 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 22-20112 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 305.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7548 | | | | |
| RESONANCE VIOLINS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1511 | | | | |
| WEST PENN POWER* | 7,610.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1597 | | | | |
| MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1562 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4832 | | | | |
| PYOD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1484 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7395 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

| | | | | |
|---|---|---|---|---|
| **TOTAL PAID TO CREDITORS** | | | | 0.00 |
| TOTAL CLAIMED | | | | |
| PRIORITY | 0.00 | | | |
| SECURED | 27,508.97 | | | |
| UNSECURED | 7.915.54 | | | |

Date: 08/12/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com